2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-22715-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David L. Trish<br>136 Donora Road<br>Monongahela PA 15063 | Deborah V. Trish<br>136 Donora Road<br>Monongahela PA 15063 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/12/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Ally Financial, P O Box 130424, Roseville, MN 55113-0004 | Portfolio Recovery Associates, LLC<br>PO BOX 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/15/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David L. Trish
Deborah V. Trish
    Debtors

Case No. 14-22715-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dkam  Page 1 of 1  Date Rcvd: Jul 13, 2017
          Form ID: trc  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
 NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13883135   E-mail/Text: ally@ebn.phinsolutions.com Jul 14 2017 01:31:39  Ally Financial,
  P O Box 130424,  Roseville, MN 55113-0004
                             TOTAL: 1

     ***** BYPASSED RECIPIENTS *****
NONE.                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
  Andrew F Gornall  on behalf of Creditor  Home Opportunity, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
  Christopher M. Frye  on behalf of Joint Debtor Deborah V. Trish chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
  Christopher M. Frye  on behalf of Debtor David L. Trish chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
  James Warmbrodt  on behalf of Creditor  Home Opportunity, LLC bkgroup@kmllawgroup.com
  Kenneth Steidl  on behalf of Debtor David L. Trish julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
  Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
  Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
                                 TOTAL: 7