**Fill in this information to identify the case:**

Debtor 1: David L. Trish

Debtor 2 (Spouse, if filing): Deborah V. Trish

United States Bankruptcy Court for the: Western District of PENNSYLVANIA

Case number: 14-22715-CMB

# Form 4100R
## Response to Notice of Final Cure Payment                               10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: Home Opportunity LLC

Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account: 7 7 1 5

Property address: 136 DONORA RD
Number   Street

MONONGAHELA,   PA   15063-0000
City             State   ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 7 / 20 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:       + (b) $ _____

c. Total. Add lines a and b.                                              (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

Debtor 1  **David L. Trish**
First Name   Middle Name   Last Name

Case number (if known) **14-22715-CMB**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x *Sherri Boyer*
Signature

Date  7 / 30 / 2018

Print  **Sherri**    **Boyer**
First Name   Middle Name   Last Name

Title  Bankruptcy Asset Manager

Company  **SN Servicing Corporation**

If different from the notice address listed on the proof of claim to which this response applies:

Address  **323 5th Street**
Number   Street

**Eureka**    **CA**   **95501**
City   State   ZIP Code

Contact phone ( **800** ) **603** - **0836**

Email  **bknotices@snsc.com**

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Kristin A. Zilberstein (SBN 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
3  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
   Ph:  (949) 427-2010
5  Fax: (949) 427-2732
6  mghidotti@ghidottilaw.com

7  Authorized Agent for Creditor
   Home Opportunity LLC
8

9                       UNITED STATES BANKRUPTCY COURT
10
              WESTERN DISTRICT OF PENNSYLVANIA – PITTSBURGH DIVISION
11

12  In Re:                                    )   CASE NO.:  14-22715-CMB
                                               )
13  David L. Trish and Deborah V. Trish,       )   CHAPTER 13
                                               )
14       Debtors.                              )   **CERTIFICATE OF SERVICE**
                                               )
15                                             )
                                               )
16                                             )
                                               )
17                                             )
                                               )
18                                             )
                                               )
19  _____        )

20

21                            **CERTIFICATE OF SERVICE**

22
         I am employed in the County of Orange, State of California.  I am over the age of
23
    eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,
24

25  Santa Ana, CA 92705.

26       I am readily familiar with the business's practice for collection and processing of
27
    correspondence for mailing with the United States Postal Service; such correspondence would
28
    be deposited with the United States Postal Service the same day of deposit in the ordinary

    course of business.

                                               1
                                  CERTIFICATE OF SERVICE

On August 10, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>David L. Trish<br>136 Donora Road<br>Monongahela, PA 15063<br><br>Deborah V. Trish<br>136 Donora Road<br>Monongahela, PA 15063<br><br>**Debtor's Counsel**<br>Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br><br>**Chapter 13 Trustee**<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br><br>**U.S. Trustee**<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on August 10, 2018 at Santa Ana, California

/*s / Lora Amundson*/
Lora Amundson

---

2
CERTIFICATE OF SERVICE