**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David L. Trish**
**Deborah V. Trish**
Debtor(s)

Bankruptcy Case No.: 14−22715−CMB
Related to Dkt. No. 60
Chapter: 13
Docket No.: 61 − 60
Concil. Conf.: July 18, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **June 14, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **July 18, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 15, 2019

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-22715-CMB
David L. Trish                                                  Chapter 13
Deborah V. Trish
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: jhel            Page 1 of 2           Date Rcvd: Apr 15, 2019
                            Form ID: 410          Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
```
db/jdb         +David L. Trish,    Deborah V. Trish,    136 Donora Road,    Monongahela, PA 15063-3712
13883132       +Acqural Loan Servicing,    7880 Bent Branch Drive,    Irving, TX 75063-6002
13893840       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14131762        Clear Spring Loan Services, Inc.,    18451 Dallas North Parkway,    Suite 100,
                 Dallas, TX 75287
13958393       +ClearSpring Loan Services,    P.O. Box 4869, Dept #446,    Houston, TX 77210-4869
13883138       +Desai Rayan Cardenas Urology,    Health Care FinL Srv.,    1204 Kanawha Blvd. E.,
                 Charleston, WV 25301-2900
13883140       +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
13883139       +GM Financial,    801 Cherry Street,    Fort Worth, TX 76102-6803
14139827       +Home Opportunity, LLC,    c/o Statebridge Company, LLC,    5680 Greenwood Plaza Blvd, Suite 100S,
                 Greenwood Village, CO 80111-2404
13883143       +Orthopedic Sports P.T.,    Collection Service Center,    839 5th Street,
                 New Kensington, PA 15068-6303
14159790       +Ringgold School District (Carroll Township),    Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13883144       +Southwest Womens Healthcare,    Credit Coll/USA,    16 Distributor Drive,    Suite 1,
                 Morgantown, WV 26501-7209
13883145       +Uniontown Hospital,    Penn Credit Corp.,    916 S. 14th St.,    Harrisburg, PA 17104-3425
14344234       +Washington County Tax Claim Bureau,    100 W. Beau St. Ste. 205,    Washington, PA 15301-4483
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 03:04:30
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13956807       +E-mail/Text: bncmail@w-legal.com Apr 16 2019 03:02:47     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13883134        E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2019 03:02:03     Ally Financial,
                 P O Box 130424,    Roseville, MN 55113-0004
13883136        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 03:03:49      Capital One,
                 1500 Capital One Drive,    Richmond, VA 23238
13883137       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 16 2019 03:03:53      Credit One Bank,
                 585 S. Pilot St.,    Las Vegas, NV 89119-3619
14755249       +E-mail/Text: bknotices@snsc.com Apr 16 2019 03:03:15     Home Opportunity LLC,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
13955532        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2019 03:04:34
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13883141       +E-mail/PDF: cbp@onemainfinancial.com Apr 16 2019 03:03:44     One Main Financial,
                 6801 Colwell Blvd.,    Irving, TX 75039-3198
14657663        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 03:05:11
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13944527        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 03:05:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Home Opportunity, LLC
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13896155*      +Acqural Loan Servicing,    7880 Bent Branch Drive,    Irving, TX 75063-6002
13883133*      +Acqural Loan Servicing,    7880 Bent Branch Drive,    Irving, TX 75063-6002
13896154*      +Acqural Loan Servicing,    7880 Bent Branch Drive,    Irving, TX 75063-6002
13883135*       Ally Financial,    P O Box 130424,    Roseville, MN 55113-0004
13896156*       Ally Financial,    P O Box 130424,    Roseville, MN 55113-0004
13896157*       Ally Financial,    P O Box 130424,    Roseville, MN 55113-0004
13896158*       Capital One,    1500 Capital One Drive,    Richmond, VA 23238
13896159*      +Credit One Bank,    585 S. Pilot St.,    Las Vegas, NV 89119-3619
13896160*      +Desai Rayan Cardenas Urology,    Health Care FinL Srv.,    1204 Kanawha Blvd. E.,
                 Charleston, WV 25301-2900
13896162*      +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
13896161*      +GM Financial,    801 Cherry Street,    Fort Worth, TX 76102-6803
13883142*      +One Main Financial,    6801 Colwell Blvd.,    Irving, TX 75039-3198
13896163*      +One Main Financial,    6801 Colwell Blvd.,    Irving, TX 75039-3198
13896164*      +One Main Financial,    6801 Colwell Blvd.,    Irving, TX 75039-3198
13896165*      +Orthopedic Sports P.T.,    Collection Service Center,    839 5th Street,
                 New Kensington, PA 15068-6303
14657666*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     PO BOX 41067,
                 Norfolk, VA 23541)
13896166*      +Southwest Womens Healthcare,    Credit Coll/USA,    16 Distributor Drive,    Suite 1,
                 Morgantown, WV 26501-7209
13896167*      +Uniontown Hospital,    Penn Credit Corp.,    916 S. 14th St.,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 19, ## 0
```

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Apr 15, 2019
                              Form ID: 410            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Home Opportunity, LLC andygornall@latouflawfirm.com
          Christopher M. Frye    on behalf of Joint Debtor Deborah V. Trish chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Debtor David L. Trish chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James    Warmbrodt    on behalf of Creditor    Home Opportunity, LLC bkgroup@kmllawgroup.com
          Kenneth   Steidl    on behalf of Debtor David L. Trish julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```