**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/29/2019

IN RE:

DAVID L. TRISH                                              Case No.14-22715 CMB
DEBORAH V. TRISH
136 DONORA ROAD                                     Chapter 13
MONONGAHELA,  PA  15063
XXX-XX-2580          Debtor(s)

XXX-XX-9052

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

        NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

        This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

        This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

        The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/29/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**Trustee Claim Number:1  INT %: 0.00% | | CRED DESC: VEHICLE |
| PO BOX 183853 | Court Claim Number:3 | ACCOUNT NO.: 0102 |
| | CLAIM: 0.00 | |
| ARLINGTON, TX 76096 | COMMENT: PMT/PL-CL@GM FINANCIAL/PL*481.21x(60+2)=LMT*W/14 | |

| | | |
|---|---|---|
| **HOME OPPORTUNITY LLC** Trustee Claim Number:2  INT %: 0.00% | | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SN SERVICING CORP(*) | Court Claim Number:8 | ACCOUNT NO.: 7715 |
| 323 5TH ST | CLAIM: 0.00 | |
| EUREKA, CA 95501 | COMMENT: 684.99@ACQURA/PL*PMT/DECLAR*DKT4PMT-LMT*BGN 8/14*FR HOME OPPORTUN | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** Trustee Claim Number:3  INT %: 2.90% | | CRED DESC: VEHICLE |
| PO BOX 12914 | Court Claim Number:1 | ACCOUNT NO.: 5163 |
| | CLAIM: 38,343.37 | |
| NORFOLK, VA 23541 | COMMENT: CL1GOV*$/CL-PL@2.9%@K/PL*PL=K*PMT/CONF*FR ALLY-DOC 48 | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** Trustee Claim Number:4  INT %: 0.00% | | CRED DESC: VEHICLE |
| PO BOX 12914 | Court Claim Number:2 | ACCOUNT NO.: 7679 |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: PMT/PL*530.13x(60+2)=LMT*$0 ARRS/PL-CL*LTCD/CONF*FR ALLY-DOC 49 | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** Trustee Claim Number:5  INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:4 | ACCOUNT NO.: 3657 |
| | CLAIM: 565.24 | |
| NORFOLK, VA 23541 | COMMENT: 0595/SCH*CAP ONE | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** Trustee Claim Number:6  INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | ACCOUNT NO.: 3828 |
| POB 10587 | CLAIM: 739.77 | |
| GREENVILLE, SC 29603-0587 | COMMENT: 9622/SCH*FNBM/CREDIT ONE | |

| | | |
|---|---|---|
| **DESIA RAYAN CARDENAS UROLOGY** Trustee Claim Number:7  INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| HEALTH CARE FNCL SVC | Court Claim Number: | ACCOUNT NO.: 7457 |
| 1204 KANAWHA BLVD E | CLAIM: 0.00 | |
| CHARLESTON, WV 25301 | COMMENT: | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(*)** Trustee Claim Number:8  INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: 8341 |
| | CLAIM: 0.00 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(*)** Trustee Claim Number:9  INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: 8341 |
| | CLAIM: 0.00 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** Trustee Claim Number:10  INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: FXU |
| POB 560 | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: NT ADR~ORTHOPEDIC SPORTS PT/SCH | |

| | | |
|---|---|---|
| **CREDIT COLLECTIONS USA** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 16 DISTRIBUTOR DRIVE | Court Claim Number: | ACCOUNT NO.: |
| STE 1 | | |
| | CLAIM:  0.00 | |
| MORGANTOWN, PA  26501-7209 | COMMENT:  MULTIPLE ACCNTS~SW WOMENS HEALTHCARE/SCH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17108 | COMMENT:  MULTIPLE ACCNTS~UNIONTOWN HSPTL/SCH | |

| | | |
|---|---|---|
| **HOME OPPORTUNITY LLC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SN SERVICING CORP(*) | Court Claim Number:8 | ACCOUNT NO.:  7715 |
| 323 5TH ST | | |
| | CLAIM:  2,500.42 | |
| EUREKA, CA  95501 | COMMENT:  2600@ACQURA/PL*THRU 7/14*FR HOME OPPORTUNITY C/O CLEARSPRING-DOC 4 | |

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  VEHICLE |
| PO BOX 183853 | Court Claim Number:3 | ACCOUNT NO.:  0102 |
| | CLAIM:  962.42 | |
| ARLINGTON, TX  76096 | COMMENT:  1k@GM FINANCIAL/PL*ARRS*W/1 | |

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  HOME OPPORTUNITY/PRAE | |

| | | |
|---|---|---|
| **ALTAIR OH XIII LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN PINSON & RILEY PS | Court Claim Number:6 | ACCOUNT NO.:  6717 |
| PO BOX 3978 | | |
| | CLAIM:  8,138.78 | |
| SEATTLE, WA  98124-3978 | COMMENT:  NT/SCH*CITIBANK | |

| | | |
|---|---|---|
| **ALTAIR OH XIII LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN PINSON & RILEY PS | Court Claim Number:7 | ACCOUNT NO.:  6716 |
| PO BOX 3978 | | |
| | CLAIM:  10,953.29 | |
| SEATTLE, WA  98124-3978 | COMMENT:  NT/SCH*CITIBANK | |

| | | |
|---|---|---|
| **RINGGOLD SD (CARROLL TWP) (EIT)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED/LATE FILED |
| C/O KEYSTONE CLLCTNS GRP-DLQ YRS | Court Claim Number:9 | ACCOUNT NO.:  2580 |
| 546 WENDEL RD | | |
| | CLAIM:  1,654.27 | |
| IRWIN, PA  15645 | COMMENT:  2580;09-11*NT/SCH | |

| | | |
|---|---|---|
| **WASHINGTON COUNTY TAX CLM BUREAU(*)** | Trustee Claim Number:19  INT %:  9.00% | CRED DESC:  SECURED CREDITOR |
| COURTHOUSE-MAIN ST | Court Claim Number:10 | ACCOUNT NO.:  0200 |
| 100 W BEAU ST STE 205 | | |
| | CLAIM:  479.18 | |
| WASHINGTON, PA  15301-4402 | COMMENT:  1300130401000200;14*NT/SCH-PL*LATE*W/20*% BGN 1//17 | |

| | | |
|---|---|---|
| **WASHINGTON COUNTY TAX CLM BUREAU(*)** | Trustee Claim Number:20  INT %:  9.00% | CRED DESC:  Post Petition Claim (1305) |
| COURTHOUSE-MAIN ST | Court Claim Number:10 | ACCOUNT NO.:  0200 |
| 100 W BEAU ST STE 205 | | |
| | CLAIM:  306.69 | |
| WASHINGTON, PA  15301-4402 | COMMENT:  1300130401000200;15*NT/SCH-PL*LATE*W/19*% BGN 1//17 | |