Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David L. Trish** | : | Case No. 14−22715−CMB |
| **Deborah V. Trish** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 60 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 8th of July, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                            Case No. 14-22715-CMB
David L. Trish                                                    Chapter 13
Deborah V. Trish
      Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2                  Date Rcvd: Jul 08, 2019
                              Form ID: 309                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db/jdb         +David L. Trish,    Deborah V. Trish,    136 Donora Road,   Monongahela, PA 15063-3712
13883132       +Acqural Loan Servicing,    7880 Bent Branch Drive,   Irving, TX 75063-6002
14131762        Clear Spring Loan Services, Inc.,    18451 Dallas North Parkway,   Suite 100,
                 Dallas, TX 75287
13958393       +ClearSpring Loan Services,    P.O. Box 4869, Dept #446,   Houston, TX 77210-4869
13883138       +Desai Rayan Cardenas Urology,    Health Care FinL Srv.,   1204 Kanawha Blvd. E.,
                 Charleston, WV 25301-2900
14139827       +Home Opportunity, LLC,    c/o Statebridge Company, LLC,   5680 Greenwood Plaza Blvd, Suite 100S,
                 Greenwood Village, CO 80111-2404
13883143       +Orthopedic Sports P.T.,    Collection Service Center,   839 5th Street,
                 New Kensington, PA 15068-6303
14159790       +Ringgold School District (Carroll Township),    Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,   546 Wendel Rd.,   Irwin, PA 15642-7539
15053449       +Second Chance Property Investments LLC,    SN Servicing Corp.,   323 5th Street,
                 Eureka, CA 95501-0305
13883144       +Southwest Womens Healthcare,    Credit Coll/USA,   16 Distributor Drive,   Suite 1,
                 Morgantown, WV 26501-7209
13883145       +Uniontown Hospital,    Penn Credit Corp.,   916 S. 14th St.,   Harrisburg, PA 17104-3425
14344234       +Washington County Tax Claim Bureau,    100 W. Beau St. Ste. 205,   Washington, PA 15301-4483

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Jul 09 2019 07:03:00      PRA Receivables Management LLC,   POB 41067,
                 Norfolk, VA 23541-1067
13956807       +E-mail/Text: bncmail@w-legal.com Jul 09 2019 03:23:39       ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13883134        EDI: GMACFS.COM Jul 09 2019 07:03:00      Ally Financial,   P O Box 130424,
                 Roseville, MN 55113-0004
13893840       +EDI: PHINAMERI.COM Jul 09 2019 07:03:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,   Arlington, TX 76096-3853
13883136        EDI: CAPITALONE.COM Jul 09 2019 07:03:00      Capital One,   1500 Capital One Drive,
                 Richmond, VA 23238
13883137       +EDI: RCSFNBMARIN.COM Jul 09 2019 07:03:00      Credit One Bank,   585 S. Pilot St.,
                 Las Vegas, NV 89119-3619
13883140       +EDI: PHINAMERI.COM Jul 09 2019 07:03:00      GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
13883139       +EDI: PHINAMERI.COM Jul 09 2019 07:03:00      GM Financial,   801 Cherry Street,
                 Fort Worth, TX 76102-6803
14755249       +E-mail/Text: bknotices@snsc.com Jul 09 2019 03:24:01       Home Opportunity LLC,
                 c/o SN Servicing Corporation,   323 5th Street,   Eureka, CA 95501-0305
13955532        EDI: RESURGENT.COM Jul 09 2019 07:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13883141       +EDI: AGFINANCE.COM Jul 09 2019 07:03:00      One Main Financial,   6801 Colwell Blvd.,
                 Irving, TX 75039-3198
14657663        EDI: PRA.COM Jul 09 2019 07:03:00      Portfolio Recovery Associates, LLC,   PO BOX 41067,
                 Norfolk, VA 23541
13944527        EDI: PRA.COM Jul 09 2019 07:03:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
                                                                                               TOTAL: 13


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Home Opportunity, LLC
cr              Second Chance Property Investments LLC
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
13896154*      +Acqural Loan Servicing,    7880 Bent Branch Drive,   Irving, TX 75063-6002
13896155*      +Acqural Loan Servicing,    7880 Bent Branch Drive,   Irving, TX 75063-6002
13883133*      +Acqural Loan Servicing,    7880 Bent Branch Drive,   Irving, TX 75063-6002
13883135*       Ally Financial,    P O Box 130424,   Roseville, MN 55113-0004
13896156*       Ally Financial,    P O Box 130424,   Roseville, MN 55113-0004
13896157*       Ally Financial,    P O Box 130424,   Roseville, MN 55113-0004
13896158*       Capital One,    1500 Capital One Drive,   Richmond, VA 23238
13896159*      +Credit One Bank,    585 S. Pilot St.,   Las Vegas, NV 89119-3619
13896160*      +Desai Rayan Cardenas Urology,    Health Care FinL Srv.,   1204 Kanawha Blvd. E.,
                 Charleston, WV 25301-2900
13896162*      +GM Financial,    PO Box 181145,   Arlington, TX 76096-1145
13896161*      +GM Financial,    801 Cherry Street,   Fort Worth, TX 76102-6803
13883142*      +One Main Financial,    6801 Colwell Blvd.,   Irving, TX 75039-3198
13896163*      +One Main Financial,    6801 Colwell Blvd.,   Irving, TX 75039-3198
13896164*      +One Main Financial,    6801 Colwell Blvd.,   Irving, TX 75039-3198
13896165*      +Orthopedic Sports P.T.,    Collection Service Center,   839 5th Street,
                 New Kensington, PA 15068-6303
```

```
District/off: 0315-2          User: jhel                Page 2 of 2              Date Rcvd: Jul 08, 2019
                              Form ID: 309              Total Noticed: 25


              ***** BYPASSED RECIPIENTS (continued) *****
14657666*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,   PO BOX 41067,
                   Norfolk, VA 23541)
13896166*       +Southwest Womens Healthcare,   Credit Coll/USA,   16 Distributor Drive,   Suite 1,
                   Morgantown, WV 26501-7209
13896167*       +Uniontown Hospital,   Penn Credit Corp.,   916 S. 14th St.,   Harrisburg, PA 17104-3425
                                                                                             TOTALS: 2, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    Home Opportunity, LLC andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor Deborah V. Trish chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor David L. Trish chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    Home Opportunity, LLC bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor David L. Trish julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```