# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID L. TRISH<br>DEBORAH V. TRISH<br>　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>SECOND CHANCE PROPERTY<br>INVESTMENTS LLC<br>　　　　Respondents | Case No. 14-22715CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

　　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| SECOND CHANCE PROPERTY<br>INVESTMENTS LLC<br>C/O SN SERVICING CORP(*)<br>323 5TH ST*<br>EUREKA, CA 95501 | Court claim# 8/Trustee CID# 2 |

The Movant further certifies that on 07/17/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| **DEBTOR(S):**<br>DAVID L. TRISH, DEBORAH V. TRISH,<br>136 DONORA ROAD,<br>MONONGAHELA, PA  15063 | **DEBTOR'S COUNSEL:**<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219 |
| :<br>MICHELLE R GHIDOTTI-GONSALVES ESQ, 1920 OLD TUSTIN AVE, SANTA ANA, CA  92705 | **ORIGINAL CREDITOR:**<br>SECOND CHANCE PROPERTY INVESTMENTS LLC, C/O SN SERVICING CORP(*), 323 5TH ST*, EUREKA, CA  95501 |
| **NEW CREDITOR:** | |