**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID L. TRISH<br>DEBORAH V. TRISH<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:14-22715<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/03/2014 and confirmed on 09/03/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 145,043.23 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 145,043.23 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 5,932.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,332.57 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SECOND CHANCE PROPERTY INVESTMEN<br>Acct: 7715 | 0.00 | 36,426.27 | 0.00 | 36,426.27 |
| SECOND CHANCE PROPERTY INVESTMEN<br>Acct: 7715 | 2,500.42 | 2,500.42 | 0.00 | 2,500.42 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: 0200 | 479.18 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC DBA G<br>Acct: 0102 | 0.00 | 27,235.35 | 0.00 | 27,235.35 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 5163 | 38,343.37 | 35,948.64 | 3,028.55 | 38,977.19 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 7679 | 0.00 | 29,609.01 | 0.00 | 29,609.01 |
| AMERICREDIT FINANCIAL SVCS INC DBA G<br>Acct: 0102 | 962.42 | 962.42 | 0.00 | 962.42 |
| | | | | 135,710.66 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| DAVID L. TRISH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON COUNTY TAX CLM BUREAU | 306.69 | 0.00 | 0.00 | 0.00 |
| Acct: 0200 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 565.24 | 0.00 | 0.00 | 0.00 |
| Acct: 3657 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 739.77 | 0.00 | 0.00 | 0.00 |
| Acct: 3828 | | | | |
| DESIA RAYAN CARDENAS UROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7457 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8341 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8341 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FXU | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALTAIR OH XIII LLC | 8,138.78 | 0.00 | 0.00 | 0.00 |
| Acct: 6717 | | | | |
| ALTAIR OH XIII LLC | 10,953.29 | 0.00 | 0.00 | 0.00 |
| Acct: 6716 | | | | |
| RINGGOLD SD (CARROLL TWP) (EIT) | 1,654.27 | 0.00 | 0.00 | 0.00 |
| Acct: 2580 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                  135,710.66

TOTAL CLAIMED
PRIORITY            306.69
SECURED          42,285.39
UNSECURED       22.051.35

Date: 08/08/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com